

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00309-CV

| | | |
|---|---|---|
| IN RE MICHAEL SHANE LAVENDER AND SHERRI LYNN LEMASTER, Relators | § | Original Proceeding |
| | § | 17th District Court of Tarrant County, Texas |
| | § | Trial Court No. 017-326257-21 |
| | § | August 30, 2022 |
| | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered Relators Michael Shane Lavender and Sherri Lynn Lemaster's petition for writ of mandamus and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the writ of mandamus and order the trial court to vacate its June 23, 2022 order requiring Relators to deposit funds into the court registry. We lift our August 11, 2022 stay order.

It is further ordered that Real Parties in Interest Mark A. Bowers and Gary Lee Lancaster, individually and d/b/a Condor Land, LLC, shall jointly and severally pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth